UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CRIMINAL ORDER**

UNITED STATES OF AMERICA                          2:06CR00132-01
    v.
    Crystal Nicole WILLIAMS

It is hereby ordered that the terms of supervised release heretofore ordered on January 23, 2006, be modified to include the following special conditions.

1. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

2. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

Dated:  May 8, 2006                           /s/ Frank C. Damrell Jr.
                                                      Frank C. Damrell, Jr.
                                                      United States District Court Judge