DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRYSTAL NICOLE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-132 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| CRYSTAL NICOLE WILLIAMS, ) | Date: October 10, 2006 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current admit/deny hearing set for August 14, 2006 be vacated and a new date of October 10, 2006 be set for admit or deny.

    The case is before the Court after a petition for a supervised release violation was filed on April 26, 2006.  Chris Miura from United States Probation is supervising Ms. Williams.  Ms. Miura contacted defense counsel to explain that Ms. Williams is currently involved in a drug treatment program and that she would like to continue to monitor Ms. Williams' progress in the program before resolving this petition.

1  Accordingly, she asked that the case be calendared for October 10, at
2  which point she will be able to provide the Court with an update on Ms.
3  Williams' treatment.  All parties agree that this is an appropriate
4  adjournment.

Dated: August 3, 2006

                                       Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /S/NED SMOCK
                                       NED SMOCK
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       CRYSTAL NICOLE WILLIAMS


                                       MCGREGOR W. SCOTT
                                       United States Attorney

Dated:  August 3, 2006
                                       /S/ HEIKO COPPOLA
                                       HEIKO COPPOLA
                                       Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED: August 4, 2006

                                       /s/ Frank C. Damrell Jr.
                                       HONORABLE FRANK C. DAMRELL, JR.
                                       District Court Judge